**HASTINGS H. SMITH, et al., v. R. G. FOSTER, et al.**

19 So. (2nd) 869
December 5, 1944

June Term, 1944
Division B

━━━━━━━━

*Talbot Whitfield,* for appellants.
*Ausley, Collins & Truett,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.